THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Wallace Priester, Appellant.
 
 
 

Appeal From Barnwell County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-262
Submitted April 1, 2005  Filed April 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Wallace Priester was convicted of two counts of murder, and one count each of armed robbery, second degree burglary, assault and battery with intent to kill (ABIK), criminal conspiracy, and possession of a weapon during a violent crime.  He was sentenced to consecutive terms of life imprisonment for each count of murder, a consecutive sentence of thirty years for armed robbery, a consecutive twenty year sentence for ABIK, fifteen years consecutive for second degree burglary, five years consecutive for criminal conspiracy, and five years consecutive for possession of a firearm during the commission of a violent crime.  
Priesters appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Priester filed a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 ANDERSON, BEATTY and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.